MILTON S. ESTEP, as Administrator of the Estate of MINNIE L. ESTEP, Deceased, Respondent, *v.* JOHN F. BURKE, as Receiver of HAMBURG RAILROAD COMPANY et al., Appellants.

Argued December 9, 1938; decided January 4, 1939.

*Alger A. Williams* and *Charles H. Kendall* for appellants.

*J. Lester Kinney* and *Ralph W. Dox* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.